UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

TRAVERS A. GREENE,

                Plaintiff,

v.

STATE OF NEVADA et al.,

                Defendants.

3:02-cv-00280-RCJ-VPC

**ORDER**

In 2002, Plaintiff Travers Greene, represented by counsel, sued Defendants under 42 U.S.C. § 1983 and the Religious Land Use and Institutionalized Persons Act ("RLUIPA") for failing to provide him with a kosher diet. Judge Reed presided over the case, and a stipulated judgment was entered in 2005 delineating the diet to be provided to Plaintiff. The Judgment was amended in 2006 by stipulation after Plaintiff complained Defendants had not fully complied.

Plaintiff has filed a motion *in pro se* indicating that he has legally changed his name to "Arthur Julius-Greene Beraha" and asking the Court to re-caption the case or substitute parties. The Court will order the Clerk to amend the docket to reflect Plaintiff's new name but will not

amend the Judgment itself at this time, as there is no controversy supporting such an amendment. Plaintiff may move for appropriate relief if Defendants violate the Judgment, which would not necessarily require amending the judgment, in any case. The Court will not substitute Plaintiff for himself; there has been no change in parties.

**CONCLUSION**

IT IS HEREBY ORDERED that the Motion (ECF No. 81) is GRANTED IN PART and DENIED IN PART.

IT IS FURTHER ORDERED that the Clerk shall amend the docket to list Plaintiff's name as "Travers A. Greene, a.k.a. Arthur Julius-Greene Beraha."

IT IS SO ORDERED.

Dated this May 22, 2018.

_____
ROBERT C. JONES
United States District Judge